1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN LAU,                                              No. CV 13-00763 LB

            Plaintiff,                              **ORDER**

    v.

ERIC WONG,

            Defendant.

_____/

GOOD CAUSE APPEARING THEREFOR,

        IT IS ORDERED that this case is reassigned to the **Honorable Claudia Wilken** in the

**Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear

the **initials CW** immediately after the case number. All hearing dates presently scheduled are

vacated and motions should be renoticed for hearing before the judge to whom the case has been

reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

Civ. P. 72(b).

                                                    FOR THE EXECUTIVE COMMITTEE:

Dated: March 13, 2013

rev 4-12                                            Richard W. Wieking
                                                    Clerk of Court