IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LAU, | No. C 13-763 CW |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| ERIC WONG, | |
| Defendant. | |
| _____/ | |

On February 28, 2013, Defendant Eric Wang, erroneously sued as Eric Wong, filed a motion to dismiss the claims asserted against him by pro se Plaintiff Karen Lau.  Docket No. 5.  He served Plaintiff with the motion by mail.  Docket No. 5-4.  Pursuant to Civil Local Rule 7-3(a) and Federal Rule of Civil Procedure 6(a)(1)(C), Plaintiff's opposition to Defendant's motion was due by March 18, 2013.  No opposition has been received.

Within seven days of the date of this Order, Plaintiff shall respond to Defendant's motion.  Defendant shall reply seven days after Plaintiff's response is filed.  Defendant's motion will be decided on the papers.

Plaintiff's failure to comply with this Order will result in the dismissal of her claims against Defendant for failure to prosecute.

IT IS SO ORDERED.

Dated: 3/20/2013

CLAUDIA WILKEN
United States District Judge