MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile: (415) 436-6748
Email. annie.reding@usdoj.gov

Attorneys for Defendant
Eric Wang (improperly named Eric Wong)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAREN LAU, | No. C 13-0763 CW |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE DEADLINES RELATED TO MOTION TO DISMISS |
| v. | |
| ERIC WONG, | |
| Defendant. | |

Having considered Defendant's administrative motion and supporting papers, it is hereby ORDERED that the motion is GRANTED and:

(1) Plaintiff's opposition to Defendant's motion to dismiss shall be filed by May 6, 2013.

(2) Defendant shall reply seven days after Plaintiff's response is filed.

(3) Defendant's motion will be decided on the papers.

Date: 3/28/2013

_____
UNITED STATES DISTRICT COURT JUDGE