UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAREN LAU,<br><br>               Plaintiff,<br>   v.<br>ERIC WONG,<br><br>               Defendant.<br>_____/ | No. C 13-00763 LB<br><br>**NOTICE OF REASSIGNMENT AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>[Re: ECF No. 5] |

This action, which most recently was assigned to Judge Wilken, has been reassigned to the undersigned, pursuant to the parties' consent. Order of Reference, ECF No. 19. The undersigned now wishes to make certain dates and deadlines clear.

Defendant filed a motion to dismiss on February 28, 2013. Motion to Dismiss, ECF No. 5. This motion is still pending. Judge Wilken previously ordered that Plaintiff may have until May 6, 2013 to file an opposition to Defendant's motion to dismiss and that Defendant shall file a reply seven days after Plaintiff files her opposition. 3/28/2013 Order, ECF No. 16. These briefing deadlines remain in effect.

In addition, the court will hear oral argument on Defendant's motion to dismiss at 9:30 a.m. on June 6, 2013 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

///

///

**IT IS SO ORDERED.**

Dated: April 2, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 13-00763

2